IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MYESHA MAYS**                                                       **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO.: 4:25-CV-008-DMB-JMV**

**LEFLORE COUNTY, MISSISSIPPI; AND**
**DEBRA TATE HIBBLER, INDIVIDUALLY,**
**LEFLORE COUNTY CHANCERY CLERK**                      **DEFENDANTS**

## NOTICE OF SERVICE

to:    Louis H. Watson, Jr., Esq.
       Nick Norris, Esq.
       Watson & Norris, PLLC
       4209 Flowood, MS 39232
       louis@watsonnorris.com
       nick@watsonnorris.com

PLEASE TAKE NOTICE that Defendants, through counsel, have served the following Responses to Discovery Requests to Plaintiff:

1. Defendants' Response to Plaintiff's Requests for Admissions;

2. Defendants' Response to Plaintiff's Second Set of Interrogatories; and

3. Defendants' Response to Plaintiff's Second Set of Requests for Production of Documents.

RESPECTFULLY SUBMITTED, this the 6th day of January, 2026.

                                                                            /s/ J.L. WILSON, IV
                                                                            J.L. Wilson, IV, MB#10782

OF COUNSEL:
UPSHAW, WILLIAMS, BIGGERS,
 & BECKHAM, LLP
Post Office Drawer 8230
Greenwood, Mississippi 38935-8230
Telephone: 662-455-1613
jwilson@upshawwilliams.com

**CERTIFICATE OF SERVICE**

I, J. L. Wilson, of counsel to the Defendants, hereby certify that I have served the above and foregoing document via the ECF Filing System which send copy of same to:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Watson & Norris, PLLC
4209 Flowood, MS 39232
louis@watsonnorris.com
nick@watsonnorris.com
camille@watsonnorris.com

*Of counsel to Plaintiff*

SO CERTIFIED on January 6, 2026.

    /s/ J. L. Wilson
    J. L. WILSON