# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MYESHA MAYS**                                                                                              **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.: 4:25-CV-008-DMB-JMV**

**LEFLORE COUNTY, MISSISSIPPI; AND**
**DEBRA TATE HIBBLER, INDIVIDUALLY,**
**LEFLORE COUNTY CHANCERY CLERK**
**FRED RANDLE, INDIVIDUALLY**                                                          **DEFENDANTS**

## NOTICE OF SERVICE

to:     Louis H. Watson, Jr., Esq.
        Nick Norris, Esq.
        Watson & Norris, PLLC
        4209 Flowood, MS 39232
        louis@watsonnorris.com
        nick@watsonnorris.com

        PLEASE TAKE NOTICE that Defendants, through counsel, have served the following to Plaintiff:

        1.      Defendants' Second Set of Requests for Production of Documents to Plaintiff.

        RESPECTFULLY SUBMITTED, this the 6th day of January, 2026.

                                                            /s/ J.L. WILSON, IV
                                                            J.L. Wilson, IV, MB#10782

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS,
  & BECKHAM, LLP
Post Office Drawer 8230
Greenwood, Mississippi  38935-8230
Telephone: 662-455-1613
jwilson@upshawwilliams.com

## CERTIFICATE OF SERVICE

I, J. L. Wilson, of counsel to the Defendants, hereby certify that I have served the above and foregoing document via the ECF Filing System which send copy of same to:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Watson & Norris, PLLC
4209 Flowood, MS 39232
louis@watsonnorris.com
nick@watsonnorris.com
camille@watsonnorris.com

*Of counsel to Plaintiff*

SO CERTIFIED on January 6, 2026.

    /s/ J. L. Wilson
    J. L. WILSON