# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MYESHA MAYS**                                                               **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 4:25-CV-008-DMB-JMV**

**LEFLORE COUNTY, MISSISSIPPI; AND**
**DEBRA TATE HIBBLER, INDIVIDUALLY,**
**LEFLORE COUNTY CHANCERY CLERK**
**FREDERICK RANDLE, INDIVIDUALLY**                             **DEFENDANTS**

## NOTICE TO TAKE DEPOSITIONS

to:     Louis H. Watson, Jr., Esq.
        Nick Norris, Esq.
        Watson & Norris, PLLC
        4209 Flowood, MS 39232
        louis@watsonnorris.com
        nick@watsonnorris.com

PLEASE TAKE NOTICE that the undersigned will take the deposition of Yolanda Williams on February 2, 2026, at 2:00 p.m., at the offices of Upshaw, Williams, Biggers & Beckham, LLP, 309 Fulton Street, Greenwood, MS 38930, before an official court reporter, or other officer authorized by law to administer oaths.

You are invited to attend and participate as you deem appropriate.

RESPECTFULLY SUBMITTED, this the 23rd day of January, 2026.

                                                          /s/ J.L. WILSON, IV
                                                          J.L. Wilson, IV, MB#10782

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS,
  & BECKHAM, LLP
Post Office Drawer 8230
Greenwood, Mississippi 38935-8230
Telephone: 662-455-1613
jwilson@upshawwilliams.com

## **CERTIFICATE OF SERVICE**

      I, J. L. Wilson, of counsel to the Defendants, hereby certify that I have served the above and foregoing document via the ECF Filing System which send copy of same to:

Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
Watson & Norris, PLLC
4209 Flowood, MS 39232
louis@watsonnorris.com
nick@watsonnorris.com
camille@watsonnorris.com

    *Of counsel to Plaintiff*

SO CERTIFIED on January 23, 2026.

        /s/ J. L. Wilson
        J. L. WILSON